

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:        Quinton Malbrough v. The State of Texas

Appellate case number:     01-18-00941-CR

Trial court case number:    1524524

Trial court:                       177th District Court of Harris County

     Appellant Quinton Malbrough's brief initially was due on February 19, 2019. After this Court granted two motions for an extension, appellant's brief was due to be filed by May 21, 2019, with no further extensions. *See* TEX. R. APP. P. 38.6(a), (d). Appellant has filed a third motion requesting an extension to June 5, 2019 to file his brief. The motion is **granted**. Appellant's brief is due to be filed no later than **Wednesday, June 5, 2019. No further extensions will be granted.**

     It is so ORDERED.

Judge's signature: /s/ Julie Countiss
               ☑ Acting individually     ☐ Acting for the Court

Date: ___May 30, 2019___